# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW B. HARMON and SUSAN H. CLARKE, on behalf of the FMC Corporation Savings and Investment Plan, themselves, and a class consisting of similarly situated participants of the Plan, Plaintiffs, | : : : : : : : : : : : : : | CIVIL ACTION |
| v. | | |
| FMC CORPORATION, et al., Defendants. | | No. 16-6073 |

## ORDER

**AND NOW**, this **16th** day of **March**, **2018**, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim, Plaintiffs' response thereto, and Defendants' reply thereon, and for the reasons stated in the Court's Memorandum dated March 16, 2018, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED.**

2. The complaint is **DISMISSED with prejudice.**

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**